# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00614-CV

### In re Kevin L. Gamble

### ORIGINAL PROCEEDING FROM DALLAS COUNTY

## M E M O R A N D U M   O P I N I O N

Kevin L. Gamble requests that this Court issue a writ of mandamus against the district clerk of Dallas County to provide court records to Gamble. Our mandamus authority does not extend beyond our district in such cases. *See* Tex. Gov't Code Ann. § 22.221 (West 2004). Dallas County is not within this Court's geographical jurisdictional limits. *See id*. § 22.201(d) (West Supp. 2008). The petition for writ of mandamus is dismissed.

G. Alan Waldrop, Justice

Before Justices Patterson, Waldrop and Henson

Filed: October 23, 2008